# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ADONIOUS WOOLARD,       : No. 136 EM 2014
:
         Petitioner       :
:
:
      v.            :
:
:
COURT OF COMMON PLEAS, COUNTY   :
OF PHILADELPHIA, ET AL.; ATTORNEY   :
GENERAL OFFICE, COMMONWEALTH    :
OF PENNSYLVANIA, ET AL.; SUPERIOR :
COURT OF PENNSYLVANIA, ET AL.,      :
:
         Respondents     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of November, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. See Commonwealth v. Reid, 642 A.2d 453 (Pa. 1994) (hybrid representation not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.